IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FAULKS, | No. 2:18-CV-2528-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. YANG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to amend (Doc. 10).

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

Because no responsive pleading or Rule 12 motion has been filed, plaintiff may amend as of right without leave of court. Plaintiff's motion will, therefore, be denied as unnecessary. To the extent plaintiff believes he must amend in order to set forth additional facts or provide

1

evidence of exhaustion, the court observes plaintiff has sufficiently alleged exhaustion of administrative remedies in his original complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (Doc. 10) is denied as unnecessary.

Dated: October 24, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE