IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FAULKS, <br>     Plaintiff, <br>   v. <br> S. YANG, <br>     Defendant. | No. 2:18-CV-2528-WBS-DMC <br><br> ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. On June 14, 2019, the court issued a scheduling order. See ECF No. 35. In that order, the court erroneously noted all parties had consented to Magistrate Judge jurisdiction. A further review of the docket reflects that defendant has NOT consented. The court, therefore, by this order amends the scheduling order to reflect the pre-trial conference and jury trial will take place before Judge Schubb, not the undersigned.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the June 14, 2019, scheduling order is amended as follows:

1. The court's orders with respect to motions in limine, the pre-trial conference, and jury trial are vacated;

2. The pre-trial conference is set for hearing on June 22, 2020, at 1:30 p.m., before Judge Schubb in Sacramento, California;

3. The parties shall file pre-trial statements pursuant to Eastern District of California Local Rule 281;

4. Jury trial of this matter, estimated to last a maximum of five days, is set to commence on August 18, 2020, at 9:00 a.m., before Judge Schubb in Sacramento, California; and

5. In all other respects, the court's June 14, 2019, scheduling order remains in effect.

Dated: June 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE