# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FAULKS | No. 2:18-CV-2528-WBS-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| S. YANG, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. Pending before the court is the parties' stipulated request (ECF No. 40) for modification of the schedule for this case. Specifically, the parties seek an extension of time deadline to exchange lists of expert witnesses from November 18, 2019, to January 13, 2020. Good cause appearing therefor, the parties' request is granted and the deadline to exchange lists of expert witnesses is extended to January 13, 2020.

IT IS SO ORDERED.

Dated: November 19, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE