1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   Deputy Attorney General
4  1300 I Street, Suite 125
   P.O. Box 944255
5  Sacramento, CA  94244-2550
    Telephone:  (916) 210-7313
6   Facsimile:  (916) 324-5205
    E-mail: Matthew.Wilson@doj.ca.gov
7  *Attorney for Defendant Yang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD FAULKS**, | Case No. 2:18-cv-02528-WBS-DMC-P |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **S. YANG, et al.**, | |
| Defendants. | |

   Plaintiff Richard Faulks and Defendant Yang, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

| Dated: | 12/13/2019 | /s/ Rebecca Weinstein-Hamilton |
|---|---|---|
| | | Rebecca Weinstein-Hamilton, Esq. |
| | | LAW OFFICE OF REBECCA HAMILTON |
| | | *Attorney for Plaintiff Richard Faulks* |

| Dated: | 12/13/2019 | Matthew Ross Wilson |
|---|---|---|
| | | Matthew Ross Wilson |
| | | Deputy Attorney General |
| | | California Attorney General's Office |
| | | *Attorney for Defendant Yang* |

SA2019100648
33880551.docx

# ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:18-cv-02528-WBS-DMC-P)